ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
)
The Boeing Company ) ASBCA No. 59541
)
Under Contract No. W911W6-05-2-0006 )

APPEARANCES FOR THE APPELLANT: Andrew E. Shipley, Esq.
Donald J. Carney, Esq.
Seth H. Locke, Esq.
  Perkins Coie LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Lawrence S. Rabyne, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Arlington Heights, IL

ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 1 April 2015

DIANA S. DICKINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59541, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals